COMMONWEALTH of Pennsylvania,
Respondent

v.

Dustin Joseph MILLER, Petitioner

No. 785 MAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael WITMAYER, Petitioner

No. 781 MAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.